ALABAMA GREAT SOUTHERN
RAILROAD COMPANY,
Plaintiff-Appellee,

v.

ALLIED CHEMICAL CORPORATION,
Armco Steel Corporation, and General
American Transportation Corporation,
Defendants-Appellants.

No. 73–3057.

United States Court of Appeals,
Fifth Circuit.

March 6, 1975.

Sherwood W. Wise, Thomas G. Lilly, Jackson, Miss., for Allied Chemical.

Junior O'Mara, Jackson, Miss., for General Am. Transportation.

W. F. Goodman, Jr., Jackson, Miss., for Armco Steel.

Lewis T. Booker, Robert F. Brooks, Richmond, Va., Tally D. Riddell, Quitman, Miss., Charles A. Horsky, Washington, D. C., for plaintiff-appellee.

Before BROWN, Chief Judge, and GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, RONEY and GEE*, Circuit Judges.

PER CURIAM:

The panel opinion in this case is reported, 501 F.2d 94 (1974). Thereafter, rehearing en banc was granted.

Upon supplemental briefs and oral argument we adopt the panel opinion and decision as our own.

Accordingly, the judgment of the district court stands reversed on direct appeal and affirmed on cross appeal.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Alfonso ACOSTA, Defendant-Appellant.

No. 73–4016.

United States Court of Appeals,
Fifth Circuit.

March 7, 1975.

Rehearing Denied April 4, 1975.

Raymond C. Caballero, El Paso, Tex., for defendant-appellant.

William S. Sessions, U. S. Atty., San Antonio, Tex., Edward Marquez, Ronald F. Ederer, Asst. U. S. Attys., El Paso, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, and TUTTLE, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

PER CURIAM:

The Court adopts that part of the dissenting opinion of the panel dealing with "The Sentencing Procedure" and vacates the sentence and remands the case for further sentencing, 501 F.2d 1330.

The Court, en banc, having considered the opinion and the judgment of the panel dealing with the admissibility of the evidence seized from Acosta's premises, is equally divided on this issue. The judgment of the trial court is therefore affirmed by an evenly divided Court.

---

* Judges WISDOM and CLARK took no part in the hearing of this case en banc.